IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

Jennifer Hooper, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 3:10-cv-70
 )
GC Services Limited Partnership; )
Mike Stubbs ; John Casetta; )
Brenda Fox; Jimmy Gonzalez; )
Adelaida Stanescu; and Bobby Crass )
 )
    Defendants. )
 )

## NOTICE OF VOLUNTARY DISMISSAL

Comes Plaintiff Jennifer Hooper, by and through counsel, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and agreement with Defendant GC Services, Limited Partnership, hereby provides notice of her dismissal, with prejudice, of this action.

Respectfully submitted,

/s/ Mark N. Foster
Mark N. Foster, BPR # 023626
P.O. Box 192
Rockwood, TN 37854
(865) 354-3333
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was served by operation of the Court's electronic document filing system on this 22nd day of March, 2010.

/s/ Mark N. Foster
Mark N. Foster